IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GARCIA,

      Plaintiff,                   1: 09 CV 00314 YNP SMS (PC)

  vs.                             ORDER

SGT. ANDERSON, et al.,

      Defendants.

On March 2, 2009, Plaintiff returned to the Court a consent to proceed before the Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1). Though Plaintiff has signed the section of the form indicating consent, he also notes that he mistakenly signed both sections. It is unclear whether Plaintiff desires to consent to magistrate judge jurisdiction.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff a form for consent to proceed before a magistrate judge.

2. Within thirty days of the date of service of this order, Plaintiff shall complete and return the form to the Court.

IT IS SO ORDERED.

**Dated:**  **June 28, 2009**          /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE